

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00060-CV

---

IN THE INTEREST OF Y.Y.B.T., A CHILD

---

On Appeal from the 231st District Court
Tarrant County, Texas[1]
Trial Court No. 231-715947-22, Honorable Jesus Nevarez, Presiding

---

June 10, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and PRATT, JJ.

Appellant, Muhammad Abdul Malik Shabazz, appeals from the trial court's *Final Order in Suit Affecting the Parent-Child Relationship*. Appellant's brief was originally due May 11, 2026, but was not filed. By letter of May 18, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by May 28, 2026. To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam